No. 75–1707. Ohio Bureau of Employment Services et al. v. Hodory. Appeal from D. C. N. D. Ohio. [Probable

jurisdiction noted, *ante*, p. 814.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.